IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:24CR28-1 |
| ISMAEL ALONSO OLVERA | : |

The Grand Jury charges:

On or about October 30, 2023, in the County of Cabarrus, in the Middle District of North Carolina, ISMAEL ALONSO OLVERA, in connection with the attempted acquisition of a firearm, that is, a Rossi .22 caliber rifle, from Kwick Kash Pawn & Jewelry, 222 Cabarrus Avenue West, Concord, North Carolina, a licensed dealer in firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kwick Kash Pawn & Jewelry, which statement was intended and likely to deceive Kwick Kash Pawn & Jewelry, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that ISMAEL ALONSO OLVERA represented and certified on an ATF Form 4473, Firearms Transaction Record, in response to question 21(d):

> "Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who

has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial?"

to which he marked and provided an answer of "No," when in truth and in fact, ISMAEL ALONSO OLVERA then well knew, he was under indictment in the Middle District of North Carolina for a felony carrying a potential punishment of imprisonment for more than one year; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: January 29, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: CRAIG M. PRINCIPE
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

2

Case 1:24-cr-00028-WO   Document 1   Filed 01/30/24   Page 2 of 2